**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-6187**

_____

HARTFORD R. BEST,

              Petitioner - Appellant,

        v.

WARDEN MCKITHER BODISON,

              Respondent – Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Charleston.   R. Bryan Harwell, District Judge.  (2:10-cv-01381-RBH)

_____

Submitted:  May 26, 2011              Decided:  June 1, 2011

_____

Before KING, SHEDD, and DIAZ, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Hartford R. Best, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hartford R. Best seeks to appeal the district court's order accepting the recommendation of the magistrate judge and dismissing Best's 28 U.S.C. § 2254 (2006) petition as untimely filed. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(A) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85. We have independently reviewed the record and conclude that Best has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials

2

before the court and argument would not aid the decisional process.

DISMISSED